UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
 301-344-0632

MEMORANDUM

TO: AUSA Joseph Baldwin

FROM: Judge Peter J. Messitte

RE: United States v. Brown, Crim. No. PJM 09-468

DATE: May 2, 2017

The Court has received a request from Mr. Brown to have his term of supervised release terminated early. Mr. Brown is serving a five year term of supervised release.

Before responding to his request, the Court would like to know the Government's position on the matter. Accordingly, the Government **SHALL**, within thirty (30) days, submit a written response to the Court, copying Mr. Brown.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

   /s/
 **PETER J. MESSITTE**
 **UNITED STATES DISTRICT JUDGE**

cc: Mr. Christopher Brown
 9400 Grand Blvd
 Apartment 1217
 Largo, MD 20774

 Court File